IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOS REYES FIREWOOD and PABLO REYES,

      Plaintiffs,

v.	CV 15-326 JB/WPL

STATE OF NEW MEXICO'S GOVERNOR
SUSANA MARTINEZ; HUMAN SERVICES
DEPARTMENT, (ISD) PERSONNEL; BETSY
SALCEDO; KAYDEE CULBERTSON; ROSEMARIE
LARA; UNITED STATES MAGISTRATE JUDGE
KAREN B. MOLZEN; BARBRA HILL; MELISSA
ALM or ELW; and OTHER JOINDER PARTIES
NOT YET MENTIONED,

      Defendants.

### ORDER ALLOWING PABLO REYES TO SUBMIT OBJECTIONS

Pablo Reyes is a restricted filer in the District of New Mexico. *See Reyes v. State of New Mexico, et al.*, No. 1:10-cv-343-JCH-RLP, Doc. 9 (D.N.M. June 4, 2010) (prohibiting Reyes from filing any new cases in federal court unless he is represented by counsel or first obtains permission from the Chief Magistrate Judge); *Los Reyes Firewood et al. v. Bernalillo Cnty. Metro. Det. Ctr., et al.*, No. 1:14-cv-303-KG-SCY, Doc. 21 (D.N.M. June 3, 2014) (prohibiting Reyes from filing documents in any removed cases unless he is represented by counsel or first obtains permission from the Chief Magistrate Judge). I have entered Proposed Findings and Recommended Disposition ("PFRD") recommending that the Court dismiss this case without prejudice. (Doc. 9.) Litigants are allowed fourteen days to object to a PFRD. 28 U.S.C. § 636(b)(1). By presenting a copy of this Order with any objections within the statutory time limit, Reyes may file objections to the PFRD in this case. Reyes is cautioned that he is allowed to file

only objections to the PFRD. Any attempt to file anything other than objections to the PFRD may result in the imposition of sanctions against Mr. Reyes.

    IT IS SO ORDERED.

                                                      William P. Lynch
                                                      United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.