IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


LOS REYES FIREWOOD and PABLO REYES,

       Plaintiffs,

v.                                                    CV 15-326 JB/WPL

STATE OF NEW MEXICO'S GOVERNOR
SUSANA MARTINEZ; HUMAN SERVICES
DEPARTMENT, (ISD) PERSONNEL; BETSY
SALCEDO; KAYDEE CULBERTSON; ROSEMARIE
LARA; UNITED STATES MAGISTRATE JUDGE
KAREN B. MOLZEN; BARBRA HILL; MELISSA
ALM or ELW; and OTHER JOINDER PARTIES
NOT YET MENTIONED,

       Defendants.


**ORDER STRIKING DOCUMENTS 13 AND 14 AND PROHIBITING REYES FROM FURTHER FILINGS**

      Pablo Reyes is a restricted filer in the District of New Mexico. *See Reyes v. State of New Mexico, et al.*, No. 1:10-cv-343-JCH-RLP, Doc. 9 (D.N.M. June 4, 2010) (prohibiting Reyes from filing any new cases in federal court unless he is represented by counsel or first obtains permission from the Chief Magistrate Judge); *Los Reyes Firewood, et al. v. Bernalillo Cnty. Metro. Det. Ctr., et al.*, No. 1:14-cv-303-KG-SCY, Doc. 21 (D.N.M. June 3, 2014) (prohibiting Reyes from filing documents in any removed cases unless he is represented by counsel or first obtains permission from the Chief Magistrate Judge). I allowed Reyes to file objections to the Proposed Findings and Recommended Disposition ("PFRD"), which recommended that the Court dismiss this case without prejudice. (Doc. 10.) I warned Reyes that he was allowed to file

only objections to the PFRD and that any attempt to file anything other than objections to the PFRD may result in the imposition of sanctions against him.

Reyes properly filed objections on June 5, 2015. (Doc. 11.) In direct disregard of my Order, Reyes then filed two sets of "objections" on June 25, 2015. (Docs. 13, 14.) The first round of June 25 "objections" are, in fact, a "Motion to Review Joinder Party for Production of Bank Account for the Recovery of Taxes as a Result of Strongly Suspected Bank Fraud." (Doc. 13.) Reyes's second set of "objections" are really "Objections to Give Notice for the Above Named Defendants of 18 U.S.C. § 1962(b) Acquiring An Interest or Control of An Existing-In-Fact-Assocations RICO Enterprise and [illegible.]" (Doc. 14.)

Reyes was warned that any attempt to file a document other than objections may result in sanctions. Because both sets of June 25 "objections" are not objections at all, and Reyes has not complied with the process for filing other documents in this case, I strike the June 25 "objections" (Docs. 13, 14) from the record and will not consider them.

Reyes is prohibited from filing any further documents in this case.

The Clerk is hereby notified to reject further document submissions from Reyes in this case. Reyes may not file any document in this case until after the presiding judge has ruled on the PFRD and the objections.

IT IS SO ORDERED.

_William P. Lynch_
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.